September 19, 2005

Frank J. Marcone, Esquire
2530 North Providence Road
Upper Providence, PA 19063

    RE: *Request for Certificate of Good Standing*

Dear Mr. Marcone:

    This is to advise you that after careful consideration of the Report and Recommendation issued by the court's Attorney Discipline Panel, I have determined, as Chief Judge, that there is no need to issue you a Certificate of Good Standing inasmuch as you have heretofore been permitted by Order to practice in this court and that Order has neither been revoked or modified.

    All judges of this court have notice of the contents of this letter.

    Very truly yours,

    JAMES T. GILES,
    Chief Judge

cc:    All District and Magistrate Judges
       Michael E. Kunz, Clerk of Court